No. D–195. In re Disbarment of Cory. It is ordered that Ernest Neal Cory, Jr., of Laurel, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–198. In re Disbarment of Fogel. It is ordered that Martin Fogel, of Rockville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–205. In re Disbarment of Silaski. It is ordered that George S. Silaski, of Kalamazoo, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–206. In re Disbarment of Kerpelman. It is ordered that Leonard Jules Kerpelman, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–207. In re Disbarment of Walsh. It is ordered that Bernard Walsh, Jr., of Papillion, Neb., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 79–880. Kissinger et al. v. Halperin et al. C. A. D. C. Cir. [Certiorari granted, 446 U. S. 951.] Motion of Bertram Zweibon et al. for leave to file a brief as amici curiae granted. Justice Rehnquist took no part in the consideration or decision of this motion.